The People of the State of New York, Respondent, v TIMOTHY GINOCCHETTI, Appellant. [877 NYS2d 228]—Appeal from

a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered July 16, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.